| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | RODERICK DELAPAZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 14-01938 |

# Official Form 410S1

## Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount it due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: Ditech Financial LLC

**Last four digits** of any number
You use to identify the debtor's account: 9688

**Court Claim no**. (if known): 17

**Date of Payment change:**
Must be at least 21 days after date    02/01/2016
Of this notice

**New total payment**    $1,948.24
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Annual Escrow Analysis

   **Current escrow payment:** $ 415.86         **New escrow payment:** $ 646.12

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %         **New interest rate**: _____ %

   **Current principal and interest payment:** $ _____         **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   *NOTE: Any difference in payment amount for payments due prior to expiration of the 21 day notice period will be waived or applied to the principal balance, as
   Reason for change:   applicable.

   **Current mortgage payment:** $ _____         **New mortgage payment:** $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐   I am the creditor.

[X]   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| **X** /s/ ANN SMITH<br>Signature | | Date | 12/19/2015 |
| Print<br>Company<br>Address | ANN SMITH<br>Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Title | Bankruptcy Representative |
| Contact phone | 888-298-7785 | Email | ann.smith@ditech.com |

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | RODERICK DELAPAZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 14-01938 |

# Official Form 410S1

## Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount it due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: Ditech Financial LLC

**Last four digits** of any number You use to identify the debtor's account: 9688

**Court Claim no**. (if known): 17

**Date of Payment change:**
Must be at least 21 days after date Of this notice     02/01/2016

**New total payment**     $1,948.24
Principal, interest, and escrow, if any

---

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Annual Escrow Analysis

**Current escrow payment:** $ 415.86      **New escrow payment:** $ 646.12

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** _____ %      **New interest rate:** _____ %

**Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

*NOTE: Any difference in payment amount for payments due prior to expiration of the 21 day notice period will be waived or applied to the principal balance, as applicable.

**Reason for change:**

**Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ ANN SMITH                        Date     12/19/2015
  Signature

Print         ANN SMITH                Title    Bankruptcy Representative
Company       Ditech Financial LLC
Address       P.O. Box 6154
              Rapid City, SD 57709-6154
Contact phone 888-298-7785             Email    ann.smith@ditech.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRCIT OF PENNSYLVANIA

IN RE:  DELAPAZ RODERICK                        NO. 14-01938

## CERTIFICATE OF SERVICE

I, Ann Smith, do hereby certify that I have served a true and correct copy of the **Notice of Mortgage Payment Change** filed by Ditech Financial LLC on 12/19/15 via ECF notification service Charles J. DeHart, III-dehartstaff@pamd13trustee.com; Timothy B. Fisher, II-donna.kau@pocono-lawyers.com; Roderick S DelaPaz-28 Old Timber Road Mount Pocono, PA 18344.

DATED:  This the 19th day of December, 2015.

/s/   Ann Smith

Ann Smith
Bankruptcy Specialist
Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57709

Ditech Financial LLC
Attn: Escrow Dept L1000-LM
345 St. Peter Street
St. Paul, MN 55102
Phone: 1-800-643-0202
Fax: 1-480-383-0632
www.ditech.com



TIMOTHY B FISHER II
100 MAIN ST
PO BOX 396
GOULDSBORO PA 18424-0396

September 12, 2015

RE: **Initial Escrow Account Disclosure Statement**
    Borrower Name: RODERICK DELAPAZ
    **Account Number:**
    Property Address: 28 OLD TIMBER RD
                            MT POCONO PA 18344

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THIS DEBT WAS DISCHARGED IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear Timothy B Fisher, II:

Your client's monthly payment for the coming year will consist of the following:

| | |
|---|---|
| Principal and Interest | $1,302.12 |
| Escrow | $646.12 |
| Total Monthly Payment | $1,948.24 |

This is an estimate of activity in your client's escrow account during the coming year based on anticipated payments to be made from your client's account.

| | Payments to Escrow | | Payments From Escrow | | | | Escrow Balance | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Projected | Actual | Projected Taxes | Projected Insurance | Projected PMI | Actual | Description | Projected | Required |
| | | | | | | | Begin Bal | 2,200.62 | 2,419.82 |
| Aug 15 | 646.12 | | .00 | .00 | 135.67 | .00 | | 2,711.07 | 2,930.27 |
| Sep 15 | 646.12 | | 2,979.20 | .00 | 135.67 | .00 | | 242.32 | 461.52 |
| Oct 15 | 646.12 | | .00 | .00 | 135.67 | .00 | | 752.77 | 971.97 |
| Nov 15 | 646.12 | | .00 | .00 | 135.67 | .00 | | 1,263.22 | 1,482.42 |
| Dec 15 | 646.12 | | .00 | .00 | 135.67 | .00 | | 1,773.67 | 1,992.87 |
| Jan 16 | 646.12 | | .00 | .00 | 135.67 | .00 | | 2,284.12 | 2,503.32 |
| Feb 16 | 646.12 | | .00 | .00 | 135.67 | .00 | | 2,794.57 | 3,013.77 |
| Mar 16 | 646.12 | | .00 | .00 | 135.67 | .00 | | 3,305.02 | 3,524.22 |
| Apr 16 | 646.12 | | 1,211.05 | .00 | 135.67 | .00 | | 2,604.42 | 2,823.62 |
| May 16 | 646.12 | | .00 | 827.56 | 135.67 | .00 | | 2,287.31 | 2,506.51 |
| Jun 16 | 646.12 | | .00 | .00 | 135.67 | .00 | | 2,797.76 | 3,016.96 |
| Jul 16 | 646.12 | | .00 | .00 | 135.67 | .00 | | 3,308.21 | 3,527.41 |

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR CLIENT'S ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATIONAL YEAR.

Cushion: $1,107.64

Under federal law, your client's lowest monthly balance should not fall below $1,107.64 or 1/6 of the anticipated payments from your client's escrow account, unless your client's mortgage documents or state law specifies a lower amount. According to your client's mortgage documents or state law, your client's lowest monthly balance should not fall below $1,107.64

This is an estimate of activity in your client's escrow account during the coming year based upon anticipated payments to be made from your client's escrow account.

Projected Escrow Disbursements:
  Hazard       $827.56
  Tax         $4,190.25
  PMI Borrwr  $1,628.04

Total Projected Escrow Disbursements: $6,645.85  Escrow Payment Calculation: $6,645.85 / 12 = $646.12.

After performing an initial escrow analysis, your client's escrow account has a shortage of $646.12. Your client may either remit the escrow shortage or it will be spread over the next 60 months. To remit the escrow shortage, please send shortage payment to:

**Ditech**
**Attn: Escrow Dept L1000-LM**
**345 St. Peter Street**
**St. Paul, MN 55102**

Please contact us at 1-800-643-0202 if you have any questions.

Respectfully,


Ditech
Escrow Administration
1-800-643-0202
Monday - Friday 7 a m. to 8 p m. CST and Saturday 7 a m. to 1 p.m. CST