UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 1401938

In re: RODERICK S DELAPAZ
YESENIA DELAPAZ

Account Number: 3454

## WITHDRAWAL OF ASSIGNMENT OF CLAIM

PRA Receivables Management, LLC as agent of Portfolio Recovery Associates LLC, withdraws the Assignment of Claim filed on 2/16/2016.

Docket No. 30

On this 10/5/2016.


By: /s/ Andrew Dail
Andrew Dail, Bankruptcy Representative
PRA Receivables Management, LLC as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com