LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
RODERICK S. DELAPAZ and
YESENIA DELAPAZ

: CHAPTER __13__
:
: CASE NO. _5_-_14_-bk-_01938-JJT_
:
:
**Debtor(s)**
CONSUMER PORTFOLIO SERVICES, INC.
: ADVERSARY NO. __-__-ap-_____
: (if applicable)
:
:
:
**Plaintiff(s)/Movant(s)**
vs.
RODERICK S. DELAPAZ and
YESENIA DELAPAZ and
CHARLES J. DEHART, III, Trustee,

: Nature of Proceeding: Hearing
:
: Pleading: Motion for Relief from Stay
:
:
:
**Defendant(s)/Respondent(s)** : Document #: 38

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

**CHECK ONE:**

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
 [✓] Thirty (30) days.
 [ ] Forty-five (45) days.
 [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _____10/3/2017_____     _____
 Attorney for Consumer Portfolio Services, Inc.

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.