United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Roderick S DelaPaz  
Yesenia DelaPaz  
        Debtors

Case No. 14-01938-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: TWilson      Page 1 of 1      Date Rcvd: Nov 03, 2017  
                  Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.  
db/jdb     +Roderick S DelaPaz,    Yesenia DelaPaz,    28 Old Timber Road,    Mount Pocono, PA 18344-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:

       Allison L. Carr    on behalf of Creditor    Consumer Portfolio Services, Inc. acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
       Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Martin A Mooney    on behalf of Creditor    Toyota Motor Credit Corporation tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com  
       Peter J Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Timothy B. Fisher, II    on behalf of Debtor 1 Roderick S DelaPaz donna.kau@pocono-lawyers.com  
       Timothy B. Fisher, II    on behalf of Debtor 2 Yesenia   DelaPaz donna.kau@pocono-lawyers.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                           TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RODERICK S. DELAPAZ and<br>YESENIA DELAPAZ,<br><br>Debtors,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>Movant,<br><br>v.<br><br>RODERICK S. DELAPAZ<br>YESENIA DELAPAZ and<br>CHARLES J. DEHART, III, Trustee,<br><br>Respondents. | Bankruptcy No. 14-01938-JJT<br><br>Chapter 13<br><br>Related to Docket No. 41 |

ORDER OF COURT

AND NOW, this 2nd day of November, 2017, upon consideration of the Request to Extend Deadline to File Stipulation Resolving the Motion for Relief from the Automatic Stay, it is hereby ORDERED that the deadline to file a stipulation is extended to November 17, 2017.

Dated: November 2, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)