# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| RODERICK S. DELAPAZ | Case No.: 5-14-01938-RNO |
| YESENIA DELAPAZ | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | DITECH |
| Court Claim Number: | 17 |
| Last Four of Loan Number: | 9688 |
| Property Address if applicable: | 28 OLD TIMBER ROAD, , MOUNT POCONO, PA18344 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4,134.20 |
| b. | Prepetition arrearages paid by the Trustee: | $4,134.20 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $4,134.20 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 13, 2019                  Respectfully submitted,

<div style="margin-left:40%">
s/ Charles J. DeHart, III, Trustee  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
Fax:  (717) 566-8313  
eMail:  dehartstaff@pamd13trustee.com
</div>

Creditor Name: DITECH
Court Claim Number: 17

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0170 | 1130066 | 07/01/2015 | $88.97 | $0.00 | $88.97 |
| 0170 | 1131808 | 08/03/2015 | $201.59 | $0.00 | $201.59 |
| 0170 | 1133570 | 09/02/2015 | $201.59 | $0.00 | $201.59 |
| 0170 | 1135329 | 10/06/2015 | $201.58 | $0.00 | $201.58 |
| 0170 | 1137074 | 11/04/2015 | $206.24 | $0.00 | $206.24 |
| 0170 | 1139678 | 12/03/2015 | $199.48 | $0.00 | $199.48 |
| 0170 | 1141350 | 01/07/2016 | $199.48 | $0.00 | $199.48 |
| 0170 | 1143042 | 02/03/2016 | $199.47 | $0.00 | $199.47 |
| 0170 | 1144668 | 03/02/2016 | $199.48 | $0.00 | $199.48 |
| 0170 | 1146356 | 04/06/2016 | $199.48 | $0.00 | $199.48 |
| 0170 | 1148097 | 05/04/2016 | $199.47 | $0.00 | $199.47 |
| 0170 | 1149733 | 06/14/2016 | $398.95 | $0.00 | $398.95 |
| 0170 | 1152773 | 08/04/2016 | $199.48 | $0.00 | $199.48 |
| 0170 | 1154322 | 09/01/2016 | $199.48 | $0.00 | $199.48 |
| 0170 | 1155924 | 10/05/2016 | $202.01 | $0.00 | $202.01 |
| 0170 | 1157542 | 11/02/2016 | $202.01 | $0.00 | $202.01 |
| 0170 | 1159136 | 12/06/2016 | $198.63 | $0.00 | $198.63 |
| 0170 | 1160712 | 01/12/2017 | $198.63 | $0.00 | $198.63 |
| 0170 | 1162279 | 02/08/2017 | $198.63 | $0.00 | $198.63 |
| 0170 | 1163786 | 03/09/2017 | $198.63 | $0.00 | $198.63 |
| 0170 | 1165374 | 04/12/2017 | $40.92 | $0.00 | $40.92 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RODERICK S. DELAPAZ  Case No.: 5-14-01938-RNO
YESENIA DELAPAZ  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 13, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TIMOTHY B. FISHER, II, ESQUIRE<br>P.O. BOX 396<br>GOULDSBORO PA, 18424- | SERVED ELECTRONICALLY |
| GREEN TREE SERVICING LLC<br>PO BOX 6154<br>RAPID CITY, SD, 57709-6154 | SERVED BY 1ST CLASS MAIL |
| RODERICK S. DELAPAZ<br>YESENIA DELAPAZ<br>28 OLD TIMBER ROAD<br>MOUNT POCONO, PA 18344 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 13, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com