Certificate Number: 00301-PAM-DE-033144582

Bankruptcy Case Number: 14-01938



00301-PAM-DE-033144582

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 22, 2019</u>, at <u>8:24</u> o'clock <u>PM EDT</u>, <u>YESENIA DELAPAZ</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 22, 2019</u>   By: <u>/s/Jimmy Arreaga</u>

          Name: <u>Jimmy Arreaga</u>

          Title: <u>Certified Bankruptcy Counselor</u>

Certificate Number: 00301-PAM-DE-033144583

Bankruptcy Case Number: 14-01938



00301-PAM-DE-033144583

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2019, at 8:24 o'clock PM EDT, RODERICK DELAPAZ completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 22, 2019

By: /s/Jimmy Arreaga

Name: Jimmy Arreaga

Title: Certified Bankruptcy Counselor